■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN CLEMONS, Also Known as KEVIN CLEMMONS, Also Known as KEVIN CLEMENTS, Appellant.—On the court's own motion, its decision and order dated June 26, 1989 [151 AD2d 1059], which determined an appeal from a sentence of the Supreme Court, Kings County, imposed under indictment No. 5574/86, is recalled and vacated and the following is substituted therefor:

Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Broomer, J.), imposed February 11, 1987.

Ordered that the sentence is affirmed. No opinion. Mollen, P. J., Kunzeman, Balletta and Rosenblatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT CRAWFORD, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Thorp, J.), rendered November 26, 1986.

Ordered that the judgment is affirmed (see, People v Pellegrino, 60 NY2d 636; People v Kazepis, 101 AD2d 816). Mollen, P. J., Bracken, Rubin, Sullivan and Rosenblatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYAN KING, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Harrington, J.), rendered June 8, 1987, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Kunzeman, Eiber, Spatt and Balletta, JJ., concur.